*KATHERIAN D. ROE
Federal Defender

*MANNY ATWAL
First Assistant Defender

CHAD M. SPAHN
Senior Investigator

*MSBA Certified Criminal Law Specialist

**OFFICE OF THE**
# FEDERAL DEFENDER
**District of Minnesota**
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5858
Fax: 612-664-5850

JAMES BECKER
ROB MEYERS
ERIC RIENSCHE
LISA LOPEZ
*JEAN BRANDL
MATTHEW DEATES
*AARON MORRISON
DAN HUDDLESTON
SIRI CARLSON MCDOWELL
AMBROISE DECILAP
KATE ADAMS
Assistant Defenders

March 25, 2026

**_VIA CM/ECF_**
Honorable Elsa M. Bullard
United States Magistrate Judge
316 North Robert Street
St. Paul, MN 55101

Re: *United States v. Artemio Martin-Martin*
    Criminal No. 26-008 (SRN/EMB)

Dear Magistrate Judge Bullard:

I am writing to inform the Court that I will not be filing pretrial motions on behalf of Mr. Martin-Martin. Mr. Martin-Martin and the government anticipate resolving this case via the District's Fast Track Plea Program. We will contact Senior Judge Nelson's chambers to schedule a joint change-of-plea and sentencing hearing once a plea agreement is finalized.

Respectfully,

*s/Ambroise Decilap*

AMBROISE DECILAP
Assistant Federal Defender

AD/en

cc: Flavio De Abreu, SAUSA